UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CATARINO GONZALEZ, JR., <br><br>          Petitioner, <br><br>     v. <br><br> SCOTT M. KERNAN, <br><br>          Respondent. | No. CV 06-03438-R (VBK) <br><br> ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE AMENDED PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the First Amended Petition for Writ of Habeas Corpus ("Amended Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the First Amended Petition and entire action with prejudice.

DATED:   April 21, 2009          _____
                                  MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE