JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CATARINO GONZALEZ, JR., | ) | No. CV 06-03438-R (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SCOTT M. KERNAN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: April 21, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE